IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GUY MARTIN WARDLAW et al.                                                                PLAINTIFFS

V.                                         Civil No. 1:10-cv-01004

RURAL COMMUNITY INSURANCE SERVICES                                    DEFENDANTS
FIREMAN'S FUND INSURANCE COMPANY

**ORDER**

Before the Court is the Report and Recommendation filed September 27, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 25. Judge Bryant recommends that Defendants' Motion to Compel Arbitration and Stay Proceedings (ECF No. 9) and Defendants' Motion for Protective Order to Stay Discovery and Disclosure Requirements (ECF No. 14) be granted. The parties have not filed objections to this Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is ordered that the above-styled and numbered matter is administratively terminated without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination in the litigation. All motions previously referred to the Magistrate Judge should be returned to the District Court and administratively terminated.

**IT IS SO ORDERED**, this 21st day of October, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge